# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IAN and CATHERINE JOBE,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION NO. 3:10-1710** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(CARLSON, M.J.)** |
| **WELLS FARGO BANK, N.A.,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

For the reasons articulated in the court's memorandum issued this day,

**IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Carlson, (Doc. No. 77), is **ADOPTED IN FULL**;

(2) The defendants' motion for summary judgment, (Doc. No. 53), is **GRANTED**;

(3) The clerk is directed to enter judgment in favor of the defendants;

(4) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2010 MEMORANDA\10-1710-02-ORDER.wpd